UNITED STATES of America, Plaintiff-Appellee,

v.

TUAN A. VU, AKA Chico, Defendant-Appellant.

No. 16-30223

United States Court of Appeals, Ninth Circuit.

Submitted December 8, 2017 *
Seattle, Washington

Filed December 14, 2017

Helen J. Brunner, Esquire, Assistant U.S. Attorney, Vincent Thomas Lombardi, II, Esquire, Assistant U.S. Attorney, Charlene Koski, Assistant U.S. Attorney, Sarah Kate Vaughan, Assistant U.S. Attorney, DOJ-Office of the U.S. Attorney, Seattle, WA, for Plaintiff-Appellee

Tuan A. Vu, Pro Se

Before: HAWKINS, McKEOWN, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Defendant Yuan Vu ("Vu") appeals his conviction for multiple counts of possession, distribution, and conspiracy to distribute controlled substances following a nine-day jury trial. Pursuant to *Anders v.*

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Vu has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Vu has also filed a pro se supplemental brief in which he largely challenges the sufficiency of the evidence and, in particular, the credibility of a co-defendant who testified against him. No government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83-84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no meritorious issues for appeal. We have also considered the arguments asserted in Vu's pro se supplement brief and find them to be without merit. The jury was given the opportunity to judge the credibility of witnesses, and when reviewing for sufficiency of the evidence, we are required to view the evidence in the light most favorable to the prosecution. *See Jackson v. Virginia*, 443 U.S. 307, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979). Accordingly, we affirm the district court's judgment.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.